USCA1 Opinion

 

 February 11, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1776 MAXWELL M. TAYLOR, Petitioner, Appellant, v. CHARLES T. COBB, DISTRICT DIRECTOR, U.S. IMMIGRATION & NATURALIZATION SERVICE, Respondent, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ___________________ Maxwell M. Taylor, on brief pro se. _________________ A. John Pappalardo, United States Attorney, and Naomi G. ___________________ _________ Litvin, Special Assistant United States Attorney, Department of ______ Justice, Immigration & Naturalization Service, on brief for appellee. __________________ __________________ Per Curiam. We have reviewed the parties' briefs ___________ and the record on appeal. We find no error in the district court's denial of the petition for writ of habeas corpus. The Attorney General has six months from the date of the final administrative order of deportation, or, if judicial review is sought (such as was the case here), six months from the date of final order of this court, to effect deportation. 8 U.S.C. 1252(c). That period had not expired at the time of Taylor's habeas petition. Indeed, it has not yet commenced to run. Affirmed. _________ -3-